18-64. Richard A. Figueroa, son of Mr. Michael R. Mateo, Secretary of the U.S. Department of State. Thank you for the Easter egg. David B. Eberle.
judges: Henderson, Wilkins, Edwards